**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

KEVIN SCHAAP,

        Plaintiff,

v.                                                                          Case No. 22-10596

ALLY FINANCIAL, INC.,

        Defendant.

_____/

**ORDER DIRECTING PLAINTIFF TO PROVIDE E-MAIL ADDRESS OR MAILING ADDRESS FOR PURPOSES OF SERVICE**

Before the court is Plaintiff Kevin Schaap's application to proceed without prepaying fees or costs, along with his complaint against Defendant Ally Financial, Inc. (ECF Nos. 1, 2.) The court will grant his application to proceed *in forma pauperis*.

Via letter, Plaintiff—who is proceeding *pro se*—has notified the court that "for all intents and purposes," he is homeless, as he neither rents nor owns property at this time. (ECF No. 8, PageID.148.) He has also explained that he has been traveling in search of employment and is therefore unable to provide a United States Postal Service mailbox that he can consistently access. (*Id.*) Thus, the court has no way of effectively serving Plaintiff with the necessary papers to proceed with this action. Plaintiff indicates, however, that he does have access to the Internet. The court will construe his letter as consenting to being served via electronic mail. *See* Fed. R. Civ. P. 5(b)(2) (stating that a "paper is served under this rule by . . . sending it by other electronic means that the

person consented to in writing," or by "any other means that the person consented to in writing").

To ensure that both the court and Defendant can properly serve Plaintiff with documents going forward, the court will direct Plaintiff to provide his e-mail address. Alternatively, in the event Plaintiff has secured a residence or stable mailing address, he may provide a physical address to the court. Plaintiff should be aware that failure to provide the court with a means of serving him could result in dismissal of his case. *See* E.D. Mich. LR 11.2 ("The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.").

IT IS ORDERED that Plaintiff is DIRECTED to provide the court with an e-mail address or physical mailing address for the purpose of serving him with necessary papers through the course of this action. Plaintiff must do so by **June 30, 2022.**

                                            s/Robert H. Cleland                 /
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: June 7, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 7, 2022, by electronic and/or ordinary mail.

                                            s/Lisa Wagner                    /
                                            Case Manager and Deputy Clerk
                                            (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\22-10596.SCHAAP.DirectingPlaintiffToProvideEmail.MAZ.docx